JOHN CALLIGARI, Individually and as Administrator of the Estate of GUISEPPI SARTORI, Deceased, Respondent, *v.* JOHN SARTORI et al., Appellants.

*Calligari* v. *Sartori*, 174 App. Div. 103, appeal dismissed.
(Submitted December 11, 1916; decided December 15, 1916.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 17, 1916, modifying and affirming as modified a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to set aside an alleged fraudulent conveyance.

The motion was made upon the ground that the Court of Appeals had no jurisdiction of the appeal.

*Louis J. Altkrug* for motion.

*David J. Wagner* opposed.

Motion granted and appeal dismissed, with costs **and** ten dollars costs of motion.